# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

EDMOND NISCHWITZ, )
    Plaintiff, )
)
v. ) Case No. 1:25-cv-1321-SEM-DJQ
)
CITY LINK TRANSIT, )
et al., )
    Defendants. )

## MERIT REVIEW ORDER

**SUE E. MYERSCOUGH, United States District Judge:**

Plaintiff *pro se* Edmond Nischwitz has filed a Complaint (Doc. 1) under 42 U.S.C. § 1983, which is now before the Court for screening. For the following reasons, Plaintiff's Complaint is dismissed without prejudice.

### I. Screening Standard

The Court must "screen" Plaintiff's complaint and dismiss any legally insufficient claim or the entire action if warranted. 28 U.S.C. § 1915A. A claim is legally insufficient if it "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." *Id.* In reviewing

the complaint, the Court accepts the factual allegations as accurate, liberally construing them in the plaintiff's favor. *Turley v. Rednour*, 729 F.3d 645, 649 (7th Cir. 2013). However, conclusory statements and labels are insufficient. Enough facts must be provided to "state a claim for relief that is plausible on its face." *Alexander v. United States*, 721 F.3d 418, 422 (7th Cir. 2013) (citation omitted).

## II. Facts Alleged

Plaintiff is currently incarcerated at Jacksonville Correctional Center.

In Plaintiff's Complaint, Plaintiff names the following Defendants: City Link Transit, Bus Driver John Doe, Solvera Health, OSF St. Francis Hospital ("OSF"), and Wexford Health Sources, Inc. ("Wexford").

Plaintiff alleges he was injured in an accident on Defendant City Link bus #11-Wisconsin at approximately 2:15 p.m. on March 3. Plaintiff does not specify what year the accident occurred. Plaintiff alleges Defendant Bus Driver John Doe was "already going highway speed" before Plaintiff sat down. (Doc. 1 at 5). Suddenly, Defendant John Doe slammed

on the brakes when a car pulled out in front of the bus. Plaintiff fell into the stairwell of the bus, broke his teeth, fractured bones, dislocated his pinky fingers, and broke his hands. Plaintiff states he has bone cancer, which makes his bones very brittle.

In a conclusory fashion, Plaintiff alleges his doctor left Defendant Solvera Health.

On June 2, 2025, Plaintiff was transferred to Stateville Correctional Center ("Stateville") and received x-rays. Plaintiff alleges he has not received his medications for bone cancer and seizures at Stateville, but Plaintiff does not specify who allegedly discontinued his medications or if he notified anyone that he has not received his medications.

Plaintiff alleges he is in excruciating pain due to his injuries from the bus accident, but Plaintiff does not allege if he notified anyone at Stateville about his pain and requested pain medication.

### III. Analysis

Plaintiff's allegations are insufficient to proceed on a constitutional claim. Plaintiff alleges he was injured in a bus

accident, but it is unclear from Plaintiff's Complaint whether he was incarcerated when the accident occurred, what city and state the accident took place in, and what year it occurred. Based on Plaintiff's sparse allegations, it is unclear whether the Court could exercise supplemental jurisdiction over a claim against Defendants City Link and Bus Driver John Doe. *See* 28 U.S.C. § 1367.

Plaintiff named Solvera Health as a Defendant and alleged only that his "doctor left Solvera Health." (Doc. 1 at 6). This threadbare allegation is insufficient to state a claim against Defendant Solvera Health.

Plaintiff named OSF and Wexford as Defendants, but he did not include any allegations against these Defendants in his Complaint.

For these reasons, Plaintiff's Complaint must be dismissed for failure to state a claim. However, the dismissal is without prejudice. Plaintiff will be granted an opportunity to file an amended complaint.

**IT IS THEREFORE ORDERED:**

1) **Plaintiff's Complaint [1] is DISMISSED, without prejudice, for failure to state a claim.**

2) **Plaintiff is granted leave to file an amended complaint, within 21 days. If Plaintiff does not file an amended complaint by that date, or if the amended complaint still fails to state a claim, then this case will be dismissed with prejudice.**

ENTERED October 6, 2025.

s/ *Sue E. Myerscough*
_____
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE